JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LEE STANTON,<br><br>    Petitioner,<br><br>v.<br><br>JUDGE CHRISTOPHER B. MARSHALL, et al.,<br><br>    Respondents. | Case No. 5:21-cv-01377-FMO (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, Dismissing Case Without Prejudice, and Denying a Certificate of Appealability, IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

DATED: 9/21/2021

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge